In the Matter of the Estate of HENRY W. MAXWELL, Deceased.

HOWARD W. MAXWELL et al., as Trustees et al., Respondents; MAXWELL LESTER, III, Appellant.

Submitted May 22, 1941; decided June 19, 1941.

*E. Ivan Rubenstein* and *George Rosling* for appellant.

*William K. Allison* for Howard W. Maxwell et al., as trustees, respondents.

*James B. Burke* and *Lawrence Pomeroy* for Maxwell Lester, Jr., respondent.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.